**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:21-CR-60256-PCH/JB**

UNITED STATES OF AMERICA

v.

PHILIP LICHTENFELD,

    Defendant.
_____/

**ORDER ADOPTING AND AFFIRMING R&R ON CHANGE OF PLEA**

**THIS MATTER** comes before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation on Change of Plea (the "R&R"), which she entered on Wednesday, September 29, 2021. [ECF No. 67]. In the R&R, Judge Becerra found that Defendant Philip Lichtenfeld freely and voluntarily entered a plea of guilty as to the sole count in the Information, which charges Defendant with Conspiracy to Commit an Offense Against the United States in violation of Title 18, United States Code, Section 371.

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, adjudicate Defendant guilty of the sole charge in the Information, and subsequently conduct a sentencing hearing for final disposition of this matter. The Court has reviewed Judge Becerra's R&R and has been advised that the parties do not object to its recommendations. [ECF Nos. 72, 74]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's Report and Recommendation on Change of Plea is **ADOPTED** and **AFFIRMED** in its entirety; (2) the Court accepts Defendant's plea of guilty and Defendant is hereby adjudged guilty as to the sole charge

of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Monday, December 13, 2021 at 2:00 PM.**

      **DONE AND ORDERED** in Chambers in Miami, Florida on Monday, October 4, 2021.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record